| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Elaine Weston*  ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): *Elaine Weston*   C. Date of Delivery: 12-20-2007 |
| 1. Article Addressed to:<br><br>Troy Nissan<br>110 U.S. 231 North<br>Troy, AL 36081<br><br>07cv1075 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0005 0241 3302 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540