IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

ANNETTE WHITE

    Plaintiff,

v.                                      CASE NO. 07-1075

TROY NISSAN, INC

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __ANNETTE WHITE__, an __Individual__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

_____
Date

_____ (Signature)

Lee Winston
(Counsel's Name)

Annette White
Counsel for (print names of all parties)

319 17th Street N.
Birmingham, AL 35203
Address, City, State Zip Code

205-502-0940
Telephone Number