# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANNETTE C. WHITE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS ) | CASE NO: 2:07cv1075-MHT |
| ) | |
| TROY NISSAN, INC., ) | |
| ) | |
| DEFENDANT. ) | |

## DEFENDANT'S CORPORATE DISCLOSURES

Troy Nissan, Inc., by its attorney, John Martin Galese, files this Corporate Disclosure:

Troy Nissan, Inc., is an Alabama corporation owning and operating Troy Nissan in Troy, Alabama. Its shareholders, officers and directors are: Elise Floyd and Duane Webb . It is neither the parent of nor the subsidiary of any other corporation or legal entity. It operates only one business, namely, Troy Nissan.

Respectfully submitted,

/s/ John Martin Galese

_____
John Martin Galese, asb-5382-e61j

OF COUNSEL
GALESE & INGRAM, P.C.
800 Shades Creek Parkway
300 First Commercial Bank Building
Birmingham, Alabama  35209
(205) 870-0663

## CERTIFICATE OF SERVICE

I hereby certify that I efiled this pleading on December 26, 2007.

/s/ John Martin Galese
_____
Of Counsel