# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANNETTE C. WHITE, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS | ) CASE NO: 2:07cv1075-MHT |
| | ) |
| TROY NISSAN, INC., | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF APPEARANCE

John Martin Galese hereby enters his appearance as attorney of record from the Defendant, Troy Nissan, Inc. on this 26th day of December, 2007.

Respectfully submitted,

/s/ John Martin Galese

_____
John Martin Galese, Esq., asb5382e61j

Of Counsel:
GALESE & INGRAM, P.C.
800 Shades Creek Parkway, Suite 300
Birmingham, AL 35209
205/870-0663

## **CERTIFICATE OF SERVICE**

I hereby certify that I efiled this pleading on December 26, 2007.

/s/ John Martin Galese