IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| ANNETTE C. WHITE, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: 2:07cv1075-WKW |
| TROY NISSAN, | ) |
| Defendant. | ) |

**<u>JOINT STIPULATION FOR ENTRY OF ORDER OF DISMISSAL</u>**

COME NOW the Plaintiff and the Defendant, by and through counsel of record, and stipulate that the Court can dismiss this action, with prejudice, with fees and costs taxed as paid. This the 30 day of April, 2008.

**FOR PLAINTIFF**

_____
Lee Winston, Esq.

**FOR DEFENDANT**

_____
John Martin Galese (ASB5382E61J)