IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ANNETTE C. WHITE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv1075-MHT |
| | ) | (WO) |
| **TROY NISSAN, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

Pursuant to the joint stipulation (Doc. No. 15), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with fees and costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of May, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**